UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE RAYMOND LEE BURNETT,

Petitioner,

v.

JAIME TAFT,

Respondent.

CASE NO. 2:26-CV-1515-JHC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. # 16), and the remaining record, does hereby find and ORDER:

(1) Respondent did not file a timely objection to the Report and Recommendation, which the Court adopts.

(2) Petitioner's federal habeas Petition is dismissed without prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 26th day of August, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge